UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-MJ-1198

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER TO SEAL |
| V. | ) | CRIMINAL COMPLAINT, ARREST |
| | ) | WARRANT, and MOTION TO SEAL |
| DUSTIN BRANDON ELLIINGTON | ) | |

FILED
MAR 2 2 2011
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

Upon motion of the United States and for good cause shown, it is hereby ORDERED that the Complaint and Arrest Warrant in the above-referenced matter, as well as the Motion to Seal, and this Order to Seal the same be sealed by the Clerk until further order by this Court, except that a certified copy of the same be provided to the Office of the United States Attorney.

This 22nd day of March, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

Copy to Agent